| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Rogers, John M | 2. Court or Organization U.S. Court of Appeals, 6th Cir | 3. Date of Report 5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge -- Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 100 E. Vine Street, Suite 400 Lexington KY 40507 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor Emeritus | University of Kentucky College of Law, Lexington KY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/17/97 | Contract with Ashgate Publishing Co., Ltd., Aldershot, England, for 10% royalty on my book, International Law and United States Law |
| 2. 07/31/01 | Publishing agreement with Aspen Publishers and two co-authors for an administrative law casebook with 15% royalty for the authors. |

RECEIVED May 11 10 40 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Aspen Publishing Co., Book Royalties | $565.82 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Kentucky World Trade Center |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Boston College Law School | April 22-23, 2003, Moot Court Competition Judge (Transportation, Meals, and Hotel). |
| 2. | Washington and Lee Law School | Oct. 24-25, 2003, Moot Court Competition Judge (Transportation, Meals, and Hotel). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. | B. (1) | B. (2) | C. (1) | C. (2) (Q-W) | D. (1) | D. (2) | D. (3) | D. (4) Gain Code 1 | D. (5) |
|---|---|---|---|---|---|---|---|---|---|
| 2. USAA Aggressive Growth Fund (IRA) | | None | K | T | | | | | |
| 3. TIAA retirement account | E | Interest | N | T | | | | | |
| 4. CREF retirement account | | None | O | T | | | | | |
| 5. US Savings Bonds Series EE | D | Interest | M | T | | | | | |
| 6. First Federal Bank savings acct (formerly 1st Fed Savgs Bk) | A | Interest | K | T | | | | | |
| 7. Smith Barney money market account | A | Dividend | J | T | | | | | |
| 8. USAA Subscriber's Savings Account | A | Distribution | J | T | | | | | |
| 9. Central Bank Checking Account | A | Interest | J | T | | | | | |
| 10. Smith Barney Adjustable Rate Income Fund Class L | A | Dividend | J | T | Buy | 11/2/ 2002 | J | A | |
| 11. Smith Barney Adjustable Rate Income Fund Class L | A | Dividend | J | T | Sell | 12/3 | J | A | |
| 12. Smith Barney Managed Municipals Fund Class L | A | Dividend | J | T | Buy | 5/7 | J | A | |
| 13. Smith Barney Managed Municipals Fund Class L | A | Dividend | J | T | Sell | 12/3 | J | A | |
| 14. Smith Barney Aggressive Growth Fund Class L | | None | J | T | Buy | 9/12 | J | A | |
| 15. Smith Barney Small Cap Value Fund Class L | | None | J | T | Buy | 10/16 | J | A | |
| 16. Smith Barney Fundamental Value Fund | | None | J | T | Buy | 9/12 | J | A | |
| 17. Smith Barney Mid Cap Core Fund Class L | | None | J | T | Buy | 9/12 | J | A | |
| 18. Smith Barney Large Cap Growth Fund Class L | | None | J | T | Buy | 9/12 | J | A | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rogers, John M | 5/4/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII:

1) Oracle Common Stock, listed on line 1 of nomination report, sold on July 15, 2002, valuation code J, gain code A.

2) Lexmark Common Stock, listed on line 2 of nomination report, sold on July 15, 2002, valuation code J, gain code A.

3) Inventory of Needlepoint Items, listed on line 10 of nomination report, partially sold in 2002 to reduce value below $1 000, valuation code J, gain code A.

4) First Fed. Savings Bank CD, listed on line 11 of nomination report, cashed on July 3, 2002, valuation code J, gain code A.

5) Life Ins. Policy, Phoenix Life Ins. Co., listed on line 12 of nomination report, transferred on Dec. 9, 2002, val. code J, gain code A.

6) 1/3 of life ins. policy, USBA, listed on line 13 of nomination report, transferred on Nov. 18, 2002, val. code J, gain code A.

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____ 4 May 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544